**Motion Granted; Order filed April 25, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00049-CV

_____

**ROBERT ARNOLD, Appellant**

**V.**

**CITY OF ORANGE, TEXAS, Appellee**

---

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Court Cause No. D110312-C**

---

## ORDER

On April 19, 2013, appellant filed an agreed motion to supplement the record with an original exhibit. *See* Tex. R. App. P. 34.5(f). We **GRANT** the motion and issue the following order:

The clerk of the 260th District Court is directed to file **the record from the Civil Service Hearing**, on or before **May 10, 2013.**

PER CURIAM